UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KELVIN ALLEN, | ) | Case No. CV 09-9261-TJH(RC) |
|     Petitioner, | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
|     Respondent. | ) | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: December 28, 2009

_/s/ Terry J. Hatter, Jr._
THE HONORABLE TERRY J. HATTER, JR.,
UNITED STATES DISTRICT COURT JUDGE

R&R-MDO\09-9261.jud
12/18/09